UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
GUILLERMO MORALES, on behalf of himself        :    Case No. 17-CV-7778
and others similarly situated,                              :    (GWG)
                                                                           :
                                      Plaintiff,                    :    **STIPULATION AND**
                                                                           :    **ORDER OF DISMISSAL**
              -against-                                            :
                                                                           :
MARIO'S PIZZA II, CORP.,                                 :
and JULIO SALINAS,                                          :
                                                                           :
                                      Defendants.               :
----------------------------------------------------------X

      WHEREAS, on October 11, 2017, Plaintiff filed a complaint, which asserted claims for, *inter alia*, unpaid minimum wages and overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), and the New York Labor Law;

      WHEREAS, although commenced as a putative collective action under the FLSA, Plaintiff did not seek certification and no individuals received notice of this action;

      WHEREAS, the parties settled this action based upon arms-length negotiations, the terms of which have been judicially reviewed and are deemed fair and reasonable, and are incorporated herein by reference; and

      WHEREAS, the United States District Court for the Southern District of New York shall retain jurisdiction over all proceedings solely to enforce the terms of the settlement between the parties in this action;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and Defendants that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
March 1, 2018

CILENTI & COOPER, PLLC
*Attorneys for Plaintiff*
708 Third Avenue – 6th Floor
New York, New York 10017
(212) 209-3933

By: _____
Justin Cilenti

THE LAW OFFICE OF DELMAS A. COSTIN
*Attorneys for Defendants*
177 East 161st Street
Bronx, New York 10451
(718) 618-0589

By: _____
Delmas A. Costin, Jr.

SO ORDERED:

_____
Hon. Gabriel W. Gorenstein, U.S.M.J.