```
                                          SDNY
                                          DOCUMENT
                                          ELECTRONICALLY FILED
                                          DOC #: _____
                                          DATE FILED: 3/5/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GUILLERMO MORALES,                            :

                                              :     ORDER OF DISCONTINUANCE
                    Plaintiff,                      17 Civ. 7778 (GWG)
                                              :

   -v.-                                       :

                                              :

                                              :
MARIO'S PIZZA II, CORP., et al.,
                                              :

                    Defendants.               :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       This case contains claims under the Fair Labor Standards Act. On February 21, 2018, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). In filings dated March 1, 2018, and March 2, 2018 (Docket ##18,19), the parties have submitted their proposed settlement agreement. Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. The settlement is approved.

       Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement.

       Any pending motions are moot. The Clerk is requested to close the case.

       SO ORDERED.

Dated: March 5, 2018
       New York, New York

                                                                               GABRIEL W. GORENSTEIN
                                                                                United States Magistrate Judge